1
2
3
4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    JEREMY NIXON,                              Case No.  25-cv-10734-CRB

8              Plaintiff,

9         v.                                    **REFERRAL FOR PURPOSE OF**
                                                **DETERMINING RELATIONSHIP**
10   ROCKY YU, et al.,                          Re: Dkt. Nos. 25-cv-05773-WHO

11             Defendants.

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the

14   Honorable William H. Orrick for consideration of whether the case is related to 25-cv-05773-

15   WHO.

16        **IT IS SO ORDERED.**

17   Dated: December 19, 2025

18   _____
                                                CHARLES R. BREYER
19                                              United States District Judge

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California