United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7   JEREMY NIXON,                          Case No.  25-cv-10734-CRB

8              Plaintiff,
                                           **REFERRAL FOR PURPOSE OF**
9        v.                                **DETERMINING RELATIONSHIP**

10  ROCKY YU, et al.,                       Re: Dkt. Nos. 25-cv-05773-WHO

11             Defendants.

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the

14  Honorable William H. Orrick for consideration of whether the case is related to 25-cv-05773-

15  WHO.  If the case is related, the parties are instructed to file for consolidation in the earlier filed

16  case.

17        **IT IS SO ORDERED.**

18  Dated: March 12, 2026

19                                         _____

20                                         CHARLES R. BREYER
                                           United States District Judge
21

22

23

24

25

26

27

28